**EXHIBIT C**



**ORDERED in the Southern District of Florida on December 29, 2025.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                              Case No. 16-10389-RAM

LIZA HAZAN a/k/a                                                    Chapter 11
ELIZABETH HAZAN,

    Debtor.
_____/

JMB/URBAN 900 DEVELOPMENT
PARTNERS, LTD,

    Plaintiff,

v.                                                                  Adv. Proc. No. 16-01188-RAM

LIZA HAZAN,

    Defendant.
_____/

**ORDER SETTING FILING DEADLINES ON PENDING MOTIONS**

    This adversary proceeding was assigned to The Honorable Robert A. Mark on December 8, 2025. The following matters are pending:

1

    A. JMB Urban Development [Partners,] LTD's Motion to Reinstate Illinois State Court Judgment Pursuant to 11 U.S.C. § 349(b) [DE# 28] (the "Motion to Reinstate") filed by JMB/Urban Development Partners, LTD (the "Plaintiff");

    B. The Plaintiff's Motion for Writ of Execution [DE# 31];

    C. The Plaintiff's Motion for Postjudgment (sic) Writ of Garnishment [DE# 32] (the "Truist Bank Motion");

    D. The Plaintiff's Motion for Postjudgment (sic) Writ of Garnishment [DE# 33] (the "Regions Bank Motion");

    E. The Plaintiff's Motion for Postjudgment (sic) Writ of Garnishment [DE# 34] (the "TD Bank Motion");

    F. Hazan's Motion to Strike ECF 30, ECF 31, ECF 32, ECF 33, and ECF 34 [DE# 35] (the "Motion to Strike") filed by Liza Hazan a/k/a Elizabeth Hazan (the "Defendant"); and

    G. The Defendant's Request for Judicial Notice Pursuant to Federal Rules of Evidence 201 [DE# 36] (the "Request for Judicial Notice").

By separate Order, the Court is denying the Motion to Reinstate. This Order sets filing deadlines relevant to the other above-listed pending matters.

    Accordingly, the Court **ORDERS** as follows:

    1.     The Plaintiff must file a response to the Motion to Strike [DE# 35] and the Request for Judicial Notice [DE# 36] by January 26, 2026.

    2.     The Defendant may file a reply in support of the Motion to Strike and the Request for Judicial Notice by February 16, 2026.

    3.     After the Court reviews the Plaintiff's response and the Defendant's reply, if any, the Court will either rule on the pending matters without a hearing or schedule a hearing if it concludes that oral argument will be helpful.

###

Copies to:

Joel M. Aresty, Esq.

**CLERK TO SERVE:**

Christopher Kosachuk, as Assignee of the Plaintiff
854 Pheasant Run Rd.
West Chester, PA 19382-8144