UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mc-20112-JAL

JMB Urban 900 Development
Partners, Ltd  by and through
Its Assignee Christopher Kosachuk,

    Judgment Creditor/Plaintiff,
v.

Liza Hazan a/k/a Elizabeth Hazan,

    Judgment Debtor/Defendant.
_____/

## MOTION FOR POST JUDGMENT WRIT OF GARNISHMENT

JMB Urban 900 Development Partners, LTD by and through its assignee, Christopher Kosachuk, *pro se*, hereby files this Motion for the issuance of a post-judgment writ of garnishment against JP Morgan Chase Bank, N.A., Garnishee, and as grounds alleges the following:

1.    Plaintiff, Christopher Kosachuk, is the judgment creditor, by way of assignment, in the above referenced action residing at 854 Pheasant Run Rd. West Chester, PA 19382.  The assignment was recorded on the docket in this case at docket entry 1-2.

2.    Garnishee, JP Morgan Chase Bank, N.A. ("JPM") is a banking National Association with banking branches throughout the State of Florida and properly registered to do business in Florida through the Secretary of State.

3.    Judgment Debtor Hazan owes Judgment Creditor Kosachuk **$275,000.00** of principal [*see* Doc. 1 p. 2. ¶ 1] plus, as of January 13, 2026, per diem interest accruing at 3.73%[1] or $38.33 for each day hereafter pursuant to the final and non-appealable judgment herein.

---

[1] Paragraph 1.b. of the judgment orders: "The Non-Dischargeability Judgment amount shall accrue interest at the rate of 2.5% above the then current federal judgment interest rate per annum".  The applicable interest rate was 1.23% for a judgment entered on July 20, 2016 and 2.5% is added for an actual rate of 3.73% compounded annually.

4.  Plaintiff has reason to believe, and does believe, that Garnishee, JPM is indebted to Judgment Debtor Liza Hazan a/k/a Elizabeth Hazan who lives at 6913 Valencia Dr. Fisher Island, FL 33109.

5.  Plaintiff does not believe that Defendant visibly possesses sufficient property on which a levy can be made to satisfy the judgment.

WHEREFORE, Plaintiff requests the clerk of the Court issue a writ of garnishment against the debt owed by Garnishee, JP Morgan Chase Bank, N.A., to Judgment Debtor Liza Hazan a/k/a Elizabeth Hazan requiring Garnishee to serve an answer and stating the amount specified in Plaintiff's motion.

January 13, 2026

| | |
|---|---|
| /s/ Juan Ramirez Jr. <br> Juan Ramirez, Jr. Esq. <br> *JMB Urban 900 Development Partners, LTD By and Through Its Assignee Christopher Kosachuk* <br> 1331 Brickell Bay Dr. #708 <br> Miami, FL 33131 <br> (305) 479-0150 <br> juanramirezlaw@gmail.com | /s/ <br> Christopher Kosachuk <br> *Pro Se Judgment Creditor as Assignee of JMB Urban Development Partners, LTD* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |
| | |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 13tth day of January 2026, the foregoing document was electronically filed using the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record.

                  Respectfully submitted,

                  */s/ Juan Ramirez, Jr.*
                  _____
                  Juan Ramirez, Jr. Esq.
                  1331 Brickell Bay Dr. #708
                  Miami, FL 33131
                  (305) 667-6609
                  juanramirezlaw@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST CLASS MAIL**

Joel Aresty, Esq. attorney of record for Judgment Debtor Liza Hazan a/k/a Elizabeth Hazan
aresty@mac.com