**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mc-20112-JAL**

JMB Urban 900 Development
Partners, Ltd  by and through
Its Assignee Christopher Kosachuk,

     Judgment Creditor/Plaintiff,

v.

Liza Hazan a/k/a Elizabeth Hazan,

     Judgment Debtor/Defendant.

_____/

**WRIT OF GARNISHMENT**

THE STATE OF FLORIDA
To Each Sheriff of the State and/or the United States Marshall for the Southern District of Florida:

    YOU ARE COMMANDED to summon the garnishee, JP Morgan Chase Bank, N.A**.,** who may be served at any branch or through its registered agent, CT Corporation System, 1200 S. Pine Island Rd. Plantation, FL33324, to serve an answer to this writ on Plaintiff Judgment Creditor Christopher Kosachuk, whose email address is chriskosachuk@gmail.com, within 20 days after service on the garnishee, exclusive of the day of service, and to file an original with the clerk of this court either before service or immediately thereafter. The answer must state whether the Garnishee is indebted to Defendant Judgment Debtor Liza Hazan a/k/a Elizabeth Hazan (SS#: XXX-XX-7473), or has or had any accounts where Judgment Debtor Hazan is an owner, signatory, beneficiary or sends or receives Zelle transactions  or equivalents, including any security deposit box[es], or was indebted to Defendant Judgment Debtor at the time of service of the writ, or at any time between those times, in what sum, and what tangible and intangible personal property of the Defendant Judgment Debtor Liza Hazan a/k/a Elizabeth Hazan, the Garnishee has in its possession or control at the time of the answer or had at the time of service of this writ was served, or at any time between those times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the Defendant Judgment Debtor's property. The amount set in plaintiff's motion is **$275,000.00** plus applicable interest.

Dated: _____

_____
Clerk of the United States District Court for the Southern District of Florida
Miami Dade County, Florida